**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Reina Ramos,** | ) | CASE NO. 1:16 CV 2196 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Commissioner of Social Security,** | ) | <u>Order</u> |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Thomas M. Parker ("R&R") recommending that plaintiff's motion to proceed *in forma pauperis* ("IFP") be denied. No objections have been filed. Having reviewed the R&R, and finding no clear error, the Court hereby DENIES plaintiff's motion to proceed IFP for the reasons stated in the R&R. Plaintiff is hereby Ordered to pay the full filing fee within 20 days of the Court's Order or this matter will be dismissed.

IT IS SO ORDERED.

                                              /s/ Patricia A. Gaughan
                                              PATRICIA A. GAUGHAN
Dated: 10/5/16                       United States District Judge